**Order entered July 22, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00609-CR

**RODOLFO CHAPA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-18-R0002-D**

## ORDER

The clerk's record was filed May 29, 2019. Appellant filed a docketing statement in which he states there is no reporter's record. In light of this, we **ORDER** this appeal submitted without a reporter's record.

Appellant's brief is **DUE** thirty days from the date of this order.


/s/    CORY L. CARLYLE
        JUSTICE